In the Matter of DETHLEF C. HANSEN, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Hansen,* 120 App. Div. 377, affirmed.
(Argued April 1, 1908; decided April 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 24, 1907, suspending the appellant from practice as an attorney and counselor at law.

*Frank Moss* and *Isidor Wels* for appellant.

*Austen G. Fox* for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of the Probate of the Will of SAMUEL N. HOYT, Deceased.

SHERMAN HOYT, Appellant; HENRY R. HOYT et al., as Executors, Respondents.

*Matter of Hoyt,* 122 App. Div. 914, affirmed.
(Argued April 1, 1908; decided April 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 29, 1907, which affirmed a decree of the Kings County Surrogate's Court admitting to probate the will of Samuel N. Hoyt, deceased.

*Joseph P. Howe* for appellant.

*William N. Dykman* and *Frederic D. Philips* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.